Modification

PS 38-OHN
(1/2017)

# RELEASE STATUS REPORT TO THE COURT
## MODIFICATION REQUEST

**DEFENDANT:** Irwing Vargas Rosario

**TO APPEAR ON:** 05/21/2019   **DOCKET NUMBER:** 0647 1:17CR00513-003

**RELEASE DATE:** 12/21/2017

**JUDGE:** Honorable Christopher A. Boyko

### SPECIAL CONDITIONS OF RELEASE:

- [ ] SEEK/MAINTAIN EMPLOYMENT
- [x] SUBSTANCE ABUSE TESTING/TREATMENT
- [ ] NO ALCOHOL USE
- [ ] NO EXCESSIVE ALCOHOL USE
- [ ] EDUCATION/TRAINING REQUIREMENT
- [ ] COMPUTER PROHIBITION
- [ ] COMPUTER SEARCH
- [ ] NO CONTACT WITH CO-DEFENDANTS
- [ ] CLEAR OUTSTANDING WARRANTS
- [ ] LOCATION MONITORING:  [ ] GPS  [ ] RF
    - [ ] HOME INCARCERATION
    - [ ] HOME DETENTION
    - [ ] CURFEW
    - [ ] STAND ALONE MONITORING
- [x] SURRENDER PASSPORT/NOT OBTAIN NEW PASSPORT
- [ ] MENTAL HEALTH TREATMENT
- [ ] HALFWAY HOUSE
- [ ] COGNITIVE BEHAVIORAL THERAPY
- [ ] COMPUTER RESTRICTIONS
- [ ] RESIDENTIAL REQUIREMENT
- [ ] NO CONTACT WITH MINORS
- [x] NO CONTACT WITH VICTIMS/POTENTIAL WITNESSES
- [ ] THIRD PARTY CUSTODY TO:
- [ ] GAMBLING RESTRICTION

[x] OTHER :
Pretrial Services Supervision
Substance abuse testing/treatment as required by Pretrial
Travel Restrictions
Weapons Restrictions
Obtain no new passport
No contact with victim/witnesses
Report all Law Enforcement contact immediately
No use of controlled substances until prescribed

**DEFENDANT HAS COMPLIED WITH ALL CONDITIONS OF RELEASE:** [x] YES  [ ] NO

**NATURE OF NON-COMPLIANCE AND/OR REASON FOR MODIFICATION ACTION BY OFFICER:**

The defendant has been compliant with his Pretrial Services supervision to date. It was recently modified to terminate location monitoring and the defendant remains in compliance.

This report is to inform the court that Pretrial Services met with the defendant on March 29, 2019 and he advised he would like to be referred for mental health services due to a history of depression-like symptoms which have gone unaddressed for years and are recently exacerbated by his pending sentencing *in this instant offense.*

The defendant is scheduled for sentencing before Your Honor on May 21, 2019 at 10:00am.

## RECOMMENDATION:

☐ To issue a Warrant for the defendant's arrest.

☐ To issue a Summons.

☐ To continue defendant's bond as previously set.

☒ To modify the defendant's bond to include the following:

Pretrial Services respectfully requests that the defendant's bond conditions be modified to include the referral for mental health services condition to address his current needs.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cassandra Stolarik                                    03/29/2019

U. S. PRETRIAL SERVICES AND PROBATION OFFICER            DATE

Approved by:

David A. Filippi                                          03/29/2019

SUPERVISING U. S. PRETRIAL SERVICES AND PROBATION OFFICER    DATE

## THE COURT ORDERS:

☐ The issuance of a Warrant.

☐ The issuance of a Summons.

☐ To continue defendant's bond as previously set.

☒ To modify the defendant's bond to include the following:

*above request granted*

☐ The request is denied.

☐ The referral of this case to the Magistrate Judge as designated by the Clerk's Office to conduct the appropriate proceedings, except for sentencing, if sentencing is necessary. If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing.

Magistrate Judge Assigned

☐ Alternative Judicial Order (Please Specify)

Christopher A. Boyko                                      3/29/19

Signature of Judicial Officer                             Date